

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - -

UNITED STATES OF AMERICA

      - v. -

LUIS ACEVEDO,
    a/k/a "Luis Alberto Acevedo-Oliveros,"

        Defendant.

- - - - - - - - - - - - - - - - - - - - x

**INDICTMENT**

07 Cr. _____

## COUNT ONE

The Grand Jury charges:

From at least on or about May 12, 2001, up to and including on or about the date of the filing of this Indictment, in the Southern District of New York and elsewhere, LUIS ACEVEDO, a/k/a "Luis Alberto Acevedo-Oliveros," the defendant, being an alien, unlawfully, willfully, and knowingly, did enter, and was found in, the United States, after having been denied admission, excluded, deported and removed from the United States subsequent to a conviction for the commission of an aggravated felony, to wit, a conviction on or about October 16, 1996 in Queens County Supreme Court, for the attempted criminal sale of a controlled substance in the third degree, and without having obtained the



express consent of the Attorney General of the United States, or

his successor, the Secretary for Homeland Security, to reapply

for admission.

(Title 8, United States Code, Sections 1326(a) and (b)(2).)

_____          _____
FOREPERSON                                MICHAEL J. GARCIA
                                          United States Attorney

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

LUIS ACEVEDO,
a/k/a "Luis Alberto Acevedo-Oliveros"

Defendant.

## INDICTMENT

07 Cr.

(8 U.S.C. §§ 1326(a) and (b)(2))

MICHAEL J. GARCIA
United States Attorney.

**A TRUE BILL**

Foreperson.

*Post-it 11/1/87. Indictment fld.*
*Case assigned to Judge Sand*
*for all purposes.*

*Eaton, J. U.S.M.J.*